UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OJSC Ukrnafta, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-891 |
| | § | |
| CARPATSKY PETROLEUM CORP. *et al.*, | § | |
|    *Defendants*. | § | |

**NOTICE OF APPEAL**

Plaintiff OJSC Ukrnafta appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order entered on April 7, 2009.

            Respectfully submitted,

            s/Gregory S. Coleman
            Gregory S. Coleman
Of Counsel:          *Attorney-In-Charge*
            State Bar No. 00783855
R. Paul Yetter         YETTER, WARDEN & COLEMAN, L.L.P.
State Bar No. 22154200     221 West Sixth Street, Suite 750
Shawn M. Bates        Austin, Texas 78701
State Bar No. 24027287     Phone: [512] 533-0150
YETTER, WARDEN & COLEMAN, L.L.P. Fax:  [512] 533-0120
909 Fannin, Suite 3600
Houston, Texas 77010      Attorney-in-Charge for
Phone: [713] 632-8000      Plaintiff OJSC Ukrnafta
Fax:  [713] 632-8002

Richard B. Farrer
State Bar No. 24037576
YETTER, WARDEN & COLEMAN, L.L.P.
221 West Sixth Street, Suite 750
Austin, Texas 78701
Phone: [512] 533-0150
Fax:  [512] 533-0120

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading was served on known filing users automatically accomplished through the Notice of Electronic Filing, on this 18th of April, 2009.

    Stuart C. Hollimon
    State Bar No. 09878500
    Jeffrey D Migit
    State Bar No. 00794306
    Timothy S. McConn
    State Bar No. 24032713
    Kelly Sandhill
    State Bar No. 24033094
    600 Travis, Suite 4200
    Houston, Texas 77002

    **ATTORNEYS FOR DEFENDANT**
    **CARPATSKY PETROLEUM CORPORATION**

                                                s/Gregory S. Coleman
                                                Gregory S. Coleman