# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| OJSC UKRNAFTA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-891 |
| | § | |
| CARPATSKY PETROLEUM CORP., *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the court are (1) an opposed motion to reinstate the case filed by defendant Carpatsky Petroleum Corporation ("Carpatsky") (Dkt. 32); (2) an opposed motion to confirm arbitration award and dismiss the plaintiff's claims filed by Carpatsky (Dkt. 33); and (3) an unopposed motion to stay briefing and decision on motion to confirm arbitration award and dismiss plaintiff's claims (Dkt. 34). Having considered the motions and applicable law, the court is of the opinion that the motion to reinstate (Dkt. 32) and the motion to stay (Dkt. 34) should be GRANTED. Therefore, the motion to reinstate (Dkt. 32) and the motion to stay (Dkt. 34) are GRANTED. It is ORDERED that this case is REINSTATED on the court's active docket. Additionally, it is ORDERED that all proceedings in this case, including all briefing on and consideration of Carpatsky's motion to confirm arbitration award and dismiss plaintiff's claims, are STAYED until the parties notify the court that plaintiff OJSC Urknafta's pending appeal before the Swedish Court of Appeals has been fully and finally resolved.

Signed at Houston, Texas on September 24, 2013.

_____
Gray H. Miller
United States District Judge