UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OJSC UKRNAFTA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-09-891 |
| | § | |
| CARPATSKY PETROLEUM CORPORATION, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

A telephone conference will be held on Monday, May 11, 2020 at 11:30 a.m. regarding the parties' outstanding discovery dispute. The call in information is as follows:

713-250-5707
meeting ID: 45707#
Pin: 13579#

Signed at Houston, Texas on May 8, 2020.

_____
Gray H. Miller
Senior United States District Judge